# EXHIBIT 1

Controlling Employer Name:     Blom Trucking, Inc.
Assessment Number:     0868500-WL070225-01

Withdrawn Company Name:     Blom Trucking, Inc.
Address:

Type of Calculation:     2007 Complete Withdrawal

Date Prepared:     December 3, 2007

Section I - Pre-1980 Pool

a.  Withdrawn Employer's Contributions
     (1975 - 1979)

| Year | Contributions | # CBUs |
|------|---------------|--------|
| 1975 | 0.00 | 0.0 |
| 1976 | 0.00 | 0.0 |
| 1977 | 0.00 | 0.0 |
| 1978 | 0.00 | 0.0 |
| 1979 | 0.00 | 0.0 |
| Total | 0.00 | |

b.  All Employer's Contributions (1975 - 1979)     1,993,217,854

c.  Allocation Fraction     0.0000000000

d.  Unamortized 12/31/79 UVB     0

e,  Pre-1980 Pool Liability     $0.00

Section II - Post-1979 Pool

a.  Withdrawn Employer's Contributions
     Last 10 Years

| Year | Contributions | #CBUs |
|------|---------------|-------|
| 1997 | 19,422.00 | 156.0 |
| 1998 | 19,968.00 | 156.0 |
| 1999 | 21,372.00 | 156.0 |
| 2000 | 23,528.40 | 156.6 |
| 2001 | 24,603.60 | 153.8 |
| 2002 | 25,876.00 | 154.0 |
| 2003 | 26,214.00 | 154.2 |
| 2004 | 27,614.40 | 153.6 |
| 2005 | 32,027.60 | 157.0 |
| 2006 | 35,417.60 | 155.2 |
| Total | $256,043.60 | |

b.  All Employers' Contributions Last 10 Years     10,259,521,168

c.  Allocation Fraction     0.0000249567

d.  Net Change in UVB @ 12/31/06     17,614,021,210

e.  Post-1979 Pool Liability     $439,587.51

Controlling Employer Name:          Blom Trucking, Inc.
Assessment Number:                  0868500-WL070225-01

Withdrawn Company Name:             Blom Trucking, Inc.


Section III - Adjustments to Liability

a.  Unadjusted Liability                                    $439,587.51

b.  De Minimis Rule                                               0.00

c.  Prior Assessment Credit                                       0.00

d.  Partial Prorate                                               0.00

e.  Sec. 4225 Limitations                                         0.00

f.  Adjusted Liability                                     $439,587.51


Section IV  -  Partial Prorate

a.  # CBUs in Next Year                                            0.0

b.  5 Year Average # CBUs

| Year  | # CBUs |
|-------|--------|
| 2002  | 154.0  |
| 2003  | 154.2  |
| 2004  | 153.6  |
| 2005  | 157.0  |
| 2006  | 155.2  |
| Total | 774.0  |

    5 Year Average                                              154.8

c.  Prorate Fraction                                    1.0000000000

d.  Remaining Liability                                     439,587.51

e.  Partial Prorate                                             $0.00

# CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS

Employer : BLOM TRUCKING INC - 0868500

Pension Fund

PERIOD : 12/29/1996 - 12/30/2006

Controlled Group as of : 04/28/2007

## PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - SUMMARY

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| *0868500 - BLOM TRUCKING INC* | | | | | | | |
| | 1997 | $19,422.00 | 0 | 0 | 780 | 0.00 | 156.00 |
| | 1998 | $19,968.00 | 0 | 0 | 780 | 0.00 | 156.00 |
| | 1999 | $21,372.00 | 0 | 0 | 780 | 0.00 | 156.00 |
| | 2000 | $23,528.40 | 0 | 0 | 783 | 0.00 | 156.60 |
| | 2001 | $24,603.60 | 0 | 0 | 769 | 0.00 | 153.80 |
| | 2002 | $25,876.00 | 0 | 0 | 770 | 0.00 | 154.00 |
| | 2003 | $26,214.00 | 0 | 0 | 771 | 0.00 | 154.20 |
| | 2004 | $27,614.40 | 0 | 0 | 768 | 0.00 | 153.60 |
| | 2005 | $32,027.60 | 0 | 0 | 785 | 0.00 | 157.00 |
| | 2006 | $35,417.60 | 0 | 0 | 776 | 0.00 | 155.20 |
| *Totals for Employer:* | | $256,043.60 | 0 | 0 | 7762 | 0.00 | 1,552.40 |

As of date : 12/03/2007

Page 1 of 1

CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS

Employer : BLOM TRUCKING INC  -  0868500

Pension Fund

PERIOD : 12/29/1996 - 12/30/2006

Controlled Group as of : 04/28/2007

**PAST CONTRIBUTIONS FOR EMPLOYER LIABILITIES - DETAIL**

| EMPLOYER NAME AND E-T-L-C | Year | Amount | Weeks | Casual | Days | Hours | CBUs |
|---|---|---|---|---|---|---|---|
| *0868500 - BLOM TRUCKING INC* | | | | | | | |
| 0868500 - 0203 - 00100A BLOM TRUCKING INC | 1997 | $19,422.00 | 0 | 0 | 780 | 0.00 | 156.00 |
| | 1998 | $19,968.00 | 0 | 0 | 780 | 0.00 | 156.00 |
| | 1999 | $21,372.00 | 0 | 0 | 780 | 0.00 | 156.00 |
| | 2000 | $23,528.40 | 0 | 0 | 783 | 0.00 | 156.60 |
| | 2001 | $24,603.60 | 0 | 0 | 769 | 0.00 | 153.80 |
| | 2002 | $25,876.00 | 0 | 0 | 770 | 0.00 | 154.00 |
| | 2003 | $26,214.00 | 0 | 0 | 771 | 0.00 | 154.20 |
| | 2004 | $27,614.40 | 0 | 0 | 768 | 0.00 | 153.60 |
| | 2005 | $32,027.60 | 0 | 0 | 785 | 0.00 | 157.00 |
| | 2006 | $35,417.60 | 0 | 0 | 776 | 0.00 | 155.20 |
| Total for Employer: | | $256,043.60 | 0 | 0 | 7762 | 0.00 | 1552.40 |
| *Total for Employer:* | | $256,043.60 | 0 | 0 | 7762 | 0.00 | 1552.40 |

Employer Name:           Blom Trucking, Inc.
Assessment No.:          0868500-WL070225-01

Withdrawn Company:       Blom Trucking, Inc.
Withdrawal Date:                  04/28/07
Withdrawal Type:         COMPLETE
1st Payment Due:                  01/01/08

| | Cash Application Summary |
|---|---|
| 0.00 | - Delinquent Interest |

Assessment:              $439,587.51
Prepayment:                    $0.00
Balance to Amortize:     $439,587.51

Outstanding Principal Balance:    $439,587.51

Cash Application Summary

0.00  - Delinquent Interest
0.00  - Amortization
0.00  - Billing Charges
0.00  - Principal
0.00  - Total Cash Applied

| Payment No. | Payment Due Date | Payment Amount Due | Cumulative Payments Due | Payment Received Date | Amount Received | (Overage) Shortage | Delinquent Interest Rate | Delinquent Interest Charge | Delinquent Interest Received | Cumulative Delinquent Interest Due | Billing Charges | Billing Charges Received |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01/01/08 | 439,587.51 | 439,587.51 | | 0.00 | 439,587.51 | 0.7708% | 3,388.49 | 0.00 | 3,388.49 | 0.00 | 0.00 |
| 2 | 02/01/08 | 0.00 | 439,587.51 | | 0.00 | 442,976.00 | 0.6667% | 2,930.58 | 0.00 | 6,319.07 | 0.00 | 0.00 |
| 3 | 03/01/08 | 0.00 | 439,587.51 | | 0.00 | 445,906.58 | 0.6667% | 2,646.98 | 0.00 | 8,966.05 | 0.00 | 0.00 |

Note: Interest for the month of March 2008 was calculated through the 28th day of the month.

| Cumulative Billing Charges Due | Amortization Charges | Amortization Charges Received | Cumulative Amortization Charges Due | Principal Billed | Principal Received | Billed Principal Due | Cumulative Principal Received | Actual Principal Outstanding | Excess Principal Billed | Amount Billed and Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 439,587.51 | 0.00 | 439,587.51 | 0.00 | 439,587.51 | 0.00 | 442,976.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 439,587.51 | 0.00 | 439,587.51 | 0.00 | 445,906.58 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 439,587.51 | 0.00 | 439,587.51 | 0.00 | 448,553.56 |