IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee, | ) ) ) ) | |
| v. | ) ) | Case No. 08 C 482 |
| Plaintiffs, | ) ) | Honorable District Judge Kennelly |
| BLOM TRUCKING, INC., an Ohio corporation, | ) ) ) ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:  Blom Trucking, Inc.
    c/o Donald P. Klekamp, Registered Agent
    1811 Provident Tower
    Cincinnati, Ohio 45202

PLEASE TAKE NOTICE that on March 28, 2008, at the hour of 9:00 a.m., or as soon thereafter as counsel may be heard, the Plaintiffs' attorney will appear before the Honorable Matthew F. Kennelly, District Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Courtroom 2103,

F: 256858 / 08410009 / 3/21/08

Chicago, Illinois, or such other Judge as may be in his stead, and present the attached Plaintiffs' Motion for Entry of Order of Default and Judgment by Default.

Respectfully submitted,

　　/s/  Rebecca K. McMahon
Rebecca K. McMahon
Attorney for Plaintiffs
Central States, Southeast and Southwest Areas
Pension Fund
9377 West Higgins Road
Rosemont, Illinois  60018-4938
847/518-9800, Ext. 3441
ARDC #06290192

March 21, 2008

## CERTIFICATE OF SERVICE

I, Rebecca K. McMahon, one of the attorneys for Plaintiffs Central States, Southeast and Southwest Areas Pension Fund, certify that on the 21st day of March, 2008, I caused the foregoing Plaintiffs' Motion for Entry of Order of Default and Judgment by Default to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system. For all other parties, who are listed below, I served the foregoing Notice of Motion and Motion by mailing said documents to:

Blom Trucking, Inc.
c/o Donald P. Klekamp, Registered Agent
1811 Provident Tower
Cincinnati, Ohio 45202

Said documents were deposited in the United States Mail at 9377 West Higgins Road, Rosemont, Illinois, 60018-4938, with proper prepaid postage affixed thereto, this 21st day of March, 2008.

/s/ Rebecca K. McMahon
Rebecca K. McMahon
One of Central States' Attorneys

F: 256858 / 08410009 / 3/21/08