Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 482 | **DATE** | 3/28/2008 |
| **CASE TITLE** | Central States vs. Blom Trucking, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held pursuant to Rule 16(b) with plaintiff's attorney appearing. Defendant has not responded to the complaint. Plaintiff's motion for default judgment is granted. Enter Judgment Order. It is ordered that judgment by default is entered in favor of plaintiffs in the amount of $537,766.06.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|