IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee,<br><br>v.<br><br>Plaintiffs,<br><br>BLOM TRUCKING, INC., an Ohio corporation,<br><br>Defendant. | Case No. 08 C 482<br><br>Honorable<br>District Judge Kennelly |

## JUDGMENT ORDER

At Chicago, Illinois, in the District and Division aforesaid, before the Honorable Matthew F. Kennelly, District Judge.

This cause coming to be heard this 28th day of March, 2008, on Plaintiffs' Motion for Entry of Order of Default and Judgment by Default, due notice having been served, and it appearing of record that a complaint for withdrawal liability, interest, and statutory damages under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 et seq., as amended by the Multiemployer Pension Plan Amendments Act of 1980, was filed by Plaintiffs on January 22, 2008; that Defendant Blom Trucking, Inc., an Ohio corporation was served by delivery of Summons and Complaint on January 28, 2008; that Plaintiffs have submitted affidavits in support of judgment; and the Court having fully considered the Complaint, the Motion for Entry of Order of Default and Judgment by Default and supporting affidavits, and the record in this case does hereby find: (i) that this Court has jurisdiction of the action; (ii) that an order of default and judgment by default may

properly be entered in favor of Plaintiffs and against Defendant Blom Trucking, Inc., an Ohio corporation; and (iii) that Plaintiffs have established by evidence satisfactory to this Court that judgment should be entered against Defendant for the principal amount, interest, liquidated damages, attorneys' fees and costs ordered hereinbelow, wherefore:

**IT IS ORDERED:**

A.  Judgment by default be and is hereby entered in favor of Plaintiffs Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, trustee, and against Defendant Blom Trucking, Inc., an Ohio corporation in the total amount of $537,766.06. The judgment amount consists of: (i) withdrawal liability in the amount of $439,587.51; (ii) interest in the amount of $8,966.05; (iii) liquidated damages in the amount of $87,917.50; (iv) attorneys' fees in the amount of $795.00; and (v) costs in the amount $500.00.

B.  That Plaintiffs are awarded post-judgment interest on the entire judgment balance at an annualized interest rate equal to two percent (2%) plus the prime interest rate established by Chase Manhattan Bank (New York, New York) for the fifteenth (15th) day of the month for which interest is charged and shall be compounded annually.

C.  That Plaintiffs are awarded execution for the collection of the judgment and costs granted.

F: 256857 / 08410009 / 3/21/08

D. That the Court retain jurisdiction of the cause for the purpose of enforcing this Order.

Enter:

Dated: 3-28-08

_____
United States District Judge Kennelly

Order prepared by
attorney for Plaintiffs:

Rebecca K. McMahon
Central States, Southeast and
Southwest Areas Pension Fund
9377 W. Higgins Road
Rosemont, Illinois 60018-4938
(847) 518-9800, Ext. 3441

F: 256857 / 08410009 / 3/21/08