IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee,<br><br>v.<br><br>　　　　　Plaintiffs,<br><br>BLOM TRUCKING, INC.,<br>an Ohio corporation,<br><br>　　　　　Defendant. | Case No. 08 C 482<br><br>Honorable<br>District Judge Kennelly |

TO:   Paul H. Blom, President
      1234 West Seymour Avenue
      Cincinnati, Ohio 45216

**F I L E D**

MAY 0 1 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## CITATION NOTICE

Court:                           U.S. District Court, Northern District of Illinois
                                 219 South Dearborn Street
                                 Chicago, Illinois

Name of Case:                    Central States, Southeast and Southwest Areas Pension
                                 Fund v. Blom Trucking, Inc.

Last Known Address
of Judgment Debtor:              Blom Trucking, Inc.
                                 7414 Fairpark Avenue
                                 Cincinnati, Ohio 45216

F: 261072 / 08410009 / 5/1/08              -1-

| | |
|---|---|
| Name and Address of Attorney for Judgment Creditor: | Rebecca K. McMahon<br>Central States, Southeast and Southwest Areas Pension Fund<br>9377 West Higgins Road<br>Rosemont, Illinois 60018-4938<br>(847) 518-9800, Ext. 3441 |
| Judgment Date and Amount: | March 28, 2008<br>$537,766.06 |
| Judgment Balance: | $541,015.06 |
| Name of Person Receiving Citation: | Paul H. Blom |
| Deposition Date and Time: | June 10, 2008<br>9:00 a.m. |

**NOTICE:** The Court has issued a citation against the above-named "Person Receiving Citation." The citation directs that person to appear at a deposition to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtors or in which the judgment debtors have an interest. The citation was issued on the basis of a judgment against the judgment debtors in favor of the judgment creditor in the amount stated above. On or after the deposition date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. The JUDGMENT DEBTORS HAVE THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

   (1)   Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $2,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; worker's compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $1,200 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $750 in value, in any implements, professional books, or tools of the trade of the debtor.

   (2)   Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $7,500, which homestead is exempt from judgment.

(3)     Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage.

(4)     Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5)     Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

The judgment debtors may have other possible exemptions under the law.

THE JUDGMENT DEBTORS HAVE THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH.  The judgment debtors also have the right to seek a declaration at an earlier date, by notifying the clerk in writing directed to:  Clerk of United States District Court, 219 S. Dearborn, Chicago, Illinois.  Any writing to the Clerk should include the "Name of Case" and "Case Number" referred to on page 1 of this notice and a copy should be provided to counsel for the judgment creditor.  When so notified, the Clerk of the Court will provide a hearing date and the necessary forms that must be prepared by the judgment debtors or the attorney for the judgment debtors and sent to the judgment creditor regarding the time and location of the hearing.  This notice may be sent by regular first class mail.

*Rebecca K. McMahon*
One of the Attorneys for the Judgment/Creditor

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee,<br><br>v.<br><br>Plaintiffs,<br><br>BLOM TRUCKING, INC., an Ohio corporation,<br><br>Defendant. | Case No. 08 C 482<br><br>Honorable<br>District Judge Kennelly |

## CERTIFICATION

I certify that on March 28, 2008 a judgment was entered in this case in the amount of $537,766.06 and that the unsatisfied balance at this time is in the amount of $541,015.06.

Respectfully submitted,

*Rebecca K. McMahon*
Rebecca K. McMahon
Attorney for Plaintiffs
Central States, Southeast & Southwest
Areas Pension Fund
9377 West Higgins Road
Rosemont, Illinois 60018-4938
(847) 518-9800, Ext. 3441

May 1, 2008