## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Central States, Southeast and Southwest Areas Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:08−cv−00482

Honorable Matthew F. Kennelly

Blom Trucking Inc

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

MINUTE entry before the Honorable Matthew F. Kennelly:Minute entry of 6/16/2008,setting citation hearing, having been made in error, is vacated.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.