IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee, | ) ) ) ) | |
| v. | ) ) | Case No. 08 C 482 |
| Plaintiffs, | ) ) ) | Honorable District Judge Kennelly |
| BLOM TRUCKING, INC., an Ohio corporation, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Blom Trucking, Inc.
      c/o Paul H. Blom, President
      1234 West Seymour Ave.
      Cincinnati, Ohio 45202

PLEASE TAKE NOTICE that on August 6, 2008, at the hour of 9:30 a.m., or as soon thereafter as counsel may be heard, the Plaintiffs' attorney will appear before the Honorable Judge Matthew F. Kennelly, District Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Room 2103, Chicago, Illinois, or such other Judge as may be in his stead, and present the attached Plaintiffs' Motion for Rule to Show Cause Why Blom Trucking, Inc. And Paul H. Blom Should Not Be Held In Contempt.

Respectfully submitted,

  /s/  Rebecca K. McMahon
Rebecca K. McMahon
Attorney for Plaintiffs
Central States, Southeast and Southwest Areas
Pension Fund
9377 West Higgins Road
Rosemont, Illinois  60018-4938
847/518-9800, Ext. 3441
July 24, 2008                                              ARDC #06290192

F:268625 / 08410009 / 7/24/08

## CERTIFICATE OF SERVICE

I, Rebecca K. McMahon, one of the attorneys for Plaintiffs Central States, Southeast and Southwest Areas Pension Fund, certify that on the 25th day of July, 2008, I caused the foregoing Plaintiffs' Motion for Rule to Show Cause Why Blom Trucking, Inc. And Paul H. Blom Should Not Be Held In Contempt to be filed electronically.  This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system. For all other parties, who are listed below, I served the foregoing Notice of Motion and Motion by overnight mailing said documents to:

    Paul H. Blom, President
    1234 West Seymour Ave.
    Cincinnati, Ohio 45202

Said documents were deposited in the United States Mail at 9377 West Higgins Road, Rosemont, Illinois, 60018-4938, with proper prepaid postage affixed thereto, this 25th day of July, 2008.

    /s/ Rebecca K. McMahon
    Rebecca K. McMahon
    One of Central States' Attorneys