## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 482 | **DATE** | 8/12/2008 |
| **CASE TITLE** | Central vs. Blom | | |

**DOCKET ENTRY TEXT**

Motion for rule to show cause is granted. Hearing date set for 9/24/2008 at 9:30 AM.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|