IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee,<br><br>v.<br><br>Plaintiffs,<br><br>BLOM TRUCKING, INC.,<br>an Ohio corporation,<br><br>Defendant. | Case No. 08 C 482<br><br>Honorable<br>District Judge Kennelly |

### ORDER TO SHOW CAUSE

It is hereby ordered that Paul H. Blom and Blom Trucking, Inc. shall appear before this Court on September 24, 2008 at 9:30 a.m. to show cause, if any, why they should not be held in contempt of this Court for failure to comply with the Citation in Supplemental Proceedings to Discover Assets issued on May 1, 2008.

Date: August 12, 2008

_____
District Judge Matthew F. Kennelly

F: 270094 / 08410009 / 8/12/08