# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Central States, Southeast and Southwest Areas Pension Fund, et al.

    Plaintiff,

v.

Blom Trucking Inc

    Defendant.

Case No.: 1:08−cv−00482

Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 10, 2008:

    MINUTE entry before the Honorable Matthew F. Kennelly:Motion to vacate order to show cause is granted. Hearing date of 9/24/2008 is vacated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.